# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                      )<br>                  Plaintiff,             )<br>                                                      )<br>         v.                                     )<br>                                                      )<br> JAMES HULSEY,                         )<br>                                                      )<br>                  Defendant.         ) | Case Nos. 16-00331-01-CR-W-BP<br>                   18-00083-01-CR-W-BP |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The defendant, by consent, appeared before the undersigned on July 10, 2018, and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, Local Rule 72(c)(1)(j), and 28 U.S.C. § 636, has entered a plea of guilty to Counts One and Three of the Superseding Indictment in Case Number 16-00331-01-CR-W-BP, and Counts One, Two and Three of the Indictment in Case Number 18-00083-01-CR-W-BP. After cautioning and examining Defendant, under oath, in accordance with the requirements of Rule 11, it was determined that the guilty pleas were knowledgeable and voluntary, and that the offenses to which Defendant has plead guilty is supported by a factual basis for each of the essential elements of the offenses.

IT IS, THEREFORE, RECOMMENDED that the pleas of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its filing will bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

Dated this 11th day of July, 2018, at Kansas City, Missouri.

/s/ *Matt J. Whitworth*
MATT J. WHITWORTH
United States Magistrate Judge